NICHOLS, J.—Upon the authority of the following cases, the judgment in this case is affirmed: *Turner* v. *Board, etc.* (1902), 158 Ind. 166, 63 N. E. 210; *Taylor* v. *Patton* (1903), 160 Ind. 4, 66 N. E. 91; *Board, etc.* v. *McGregor* (1909), 171 Ind. 634, 87 N. E. 1, 17 Ann. Cas. 333; *Knight* v. *Board, etc.* (1913), 179 Ind. 568, 101 N. E. 1010.

---

## UNIVERSALIST CONVENTION OF INDIANA *v.* SPANNUTH ET AL.

[No. 10,733.   Filed March 11, 1921.]

'From Henry Circuit Court; *Fred C. Gause*, Judge.

Action between the Universalist Convention of Indiana and Alvin Spannuth and another. From the judgment rendered, the former appeals. *Affirmed.*

*Hall, Williams & Pell, C. K. McCormick* and *Paul Brown,* for appellant.
*Albert D. Ogborn,* for appellees.

NICHOLS, J.—Upon the authority of the following cases the judgment in this case is affirmed: *Supreme Tribe, etc.* v. *Kraft* (1915), 183 Ind. 427, 109 N. E. 403; *Campbell* v. *Tomlinson* (1912), 178 Ind. 63, 98 N. E. 720; *Gary, etc., R. Co.* v. *Hacker* (1915), 58 Ind. App. 618, 108 N. E. 756; *Dillon* v. *State* (1911), 48 Ind. App. 495, 96 N. E. 171.

---

## WARLICH *v.* WARLICH, EXECUTRIX, ET AL.

[No. 10,931.   Filed December 15, 1920.   Rehearing denied March 11, 1921.]

From St. Joseph Circuit Court; *Francis E. Lambert,* Judge *Pro Tem.*

Action between Mark Warlich and Ameliam Warlich, executrix, and others. From the judgment rendered, the former appeals. *Affirmed.*

*Shiveley & Gilmer* and *Walter R. Arnold,* for appellant.
*Rich & Pyle,* for appellees.

REMY, C. J.—Affirmed on authority of *Edwards* v. *Miller* (1873), 42 Ind. 468.